UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: JAVON JACKSON         Case No. 12-37216-SVK

         Chapter 13

    Debtor

CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION
OF PAYMENTS TO THE TRUSTEE

The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

Respectfully submitted this 8th day of February 2018.

/s/
Rebecca R. Garcia
Chapter 13 Trustee
PO Box Box 3170
Oshkosh, WI 54903

c: NICKOLAI AND POLETTI LLC (via CM/ECF only)
   JAVON JACKSON